# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER F. BAUMAN AND MELISSA LYNN BAUMAN,** <br><br> Plaintiffs, <br> v. <br><br> **FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive**, <br><br> Defendants. | Case No : CV 18-7971-DMG (Ex) <br><br> **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [60]** |

The Joint Stipulation to dismiss the action is APPROVED. The above-captioned action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: April 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-